

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00395-CV

———————————————

CURTIS LILLY, Appellant

V.

KIMBERLY THOMPSON, Appellee

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-739562-23

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On September 12, 2025, we notified appellant that the trial-court clerk responsible for preparing the record in this appeal has informed us that appellant has not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Appellant filed a motion for an extension of time to pay for the clerk's record. We granted the motion and ordered appellant to make arrangements to pay for the clerk's record and reporter's record and provide this court with proof of payment by December 22, 2025. No proof of payment has been filed.

Because appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: January 30, 2026